# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 12, 2015

## NO. 03-14-00303-CV

**HWY 3 MHP, LLC, Appellant**

**v.**

**Electric Reliability Council of Texas (ERCOT), Appellee**

**APPEAL FROM 419TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD**
**DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the interlocutory order signed by the trial court on May 1, 2014. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.